UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DRIVE NOW AUTO CREDIT CO. INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINCENT KLOCK, ) <br> ) <br> Defendant. ) | No. 1:22-cv-00797-JPH-MJD |

**SHOW CAUSE ORDER**

Defendant Vincent Klock removed this case from state court alleging federal question jurisdiction under 28 U.S.C. § 1331. Dkt. 1 at 2 ¶ 3. But Mr. Klock did not file a copy of the state court record as required by the local rules. S.D. Ind. L. R. 81-2.

Without the state court record, including a copy of the original complaint, the Court cannot determine whether there is federal question jurisdiction. *United Farm Bureau Mut. Ins. Co. v. Metropolitan Human Relations Comm'n*, 24 F.3d 1008, 1014 (7th Cir. 1994) (when a case is removed to federal court, jurisdiction is determined "by looking at the complaint as it existed at the time the petition for removal was filed."). Therefore, Mr. Klock shall have until **June 7, 2022**, to file a copy of the state court record that complies with Local Rule 81-2. Failure to respond will result in this suit being remanded for lack of subject matter jurisdiction.

Mr. Klock also filed his notice of removal without paying the $402 filing fee or demonstrating that he lacks the financial ability to do so. Mr. Klock

**SHALL** either pay the $402 filing fee or seek leave to proceed *in forma pauperis* **by June 7, 2022**.

The **Clerk shall include** a form motion to proceed *in forma pauperis* with Mr. Klock's copy of this order.

**SO ORDERED.**

Date: 5/11/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

VINCENT KLOCK
571 East Washington St.
Monticello, IN 47960


Bradley Kim Thomas
THOMAS LAW FIRM PC
brad@thomaslawfirmpc.com